**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

FILED

SEP - 7 2017

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES OF AMERICA,

                                        Plaintiff,

        vs.

GUSTAVO CISNEROS (01),

                                        Defendant.

Case No. 17CR1071-BEN

JUDGMENT OF DISMISSAL

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☒  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐  the Court has dismissed the case for unnecessary delay; or

☐  the Court has granted the motion of the Government for dismissal, without prejudice; or

☐  the Court has granted the motion of the defendant for a judgment of acquittal; or

☐  a jury has been waived, and the Court has found the defendant not guilty; or

☐  the jury has returned its verdict, finding the defendant not guilty;

☒  of the offense(s) as charged in the Indictment:

21:841(a)(1) and 846 - Conspiracy to Distribute Methamphetamine

Dated:  9/7/2017

Hon. Ruben B. Brooks
United States Magistrate Judge